# United States Bankruptcy Court
## Eastern District of Louisiana

| | |
|---|---|
| SHELDON CLARK<br>8030 PEBBLE DRIVE<br>NEW ORLEANS LA 70128 | **18-11732**<br>Chapter 13<br>Section A |

## TRUSTEE'S OBJECTION TO CONFIRMATION

NOW INTO COURT comes S.J. Beaulieu, Jr., Chapter 13 Trustee, who respectfully recommends that the Court deny confirmation of this case for the following reason or reasons:

1) PLAN DOES NOT PAY B22 OF $ 2434 OR 104%  2) NEED WIFE 2017 TAX RETURNS

The hearing on confirmation is set for August 21, 2018 at 11:30 am

Attorney for debtor:

DEREK TERRELL RUSS
derekruss@russlawfirm.net

/s/ S.J. Beaulieu, Jr.
S.J. Beaulieu, Jr.
Chapter 13 Trustee

---

**CERTIFICATE OF SERVICE**

I certify that this pleading was served by the court's electronic filing system upon the debtor's attorney, and by first class mail upon the debtor, at the addresses listed herein.

08/03/2018        by: /s/ Jennifer Rose